**Dated: March 15, 2006**

**The following is ORDERED:**



*Tom R. Cornish*
Tom R. Cornish
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

**JAMES E. RIDGWAY**  Case No. 05-71252
dba Ridgeway Construction  Chapter 7

          Debtor.

**JASON CERIOTTI**
**BOBBIE CERIOTTI**
**WYRICK LUMBER COMPANY**

          Plaintiffs,

vs.  Adv. No. 05-7058

**JAMES E. RIDGWAY**

          Defendant.

## JUDGMENT

     This Judgment is rendered pursuant to the Order entered March 15, 2006, in the United States Bankruptcy Court for the Eastern District of Oklahoma and Rule 9021(a), Fed. R. Bankr. P.

JGMT #06-022  EOD 3/15/06 by tc

IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff, Wyrick Lumber Company, be granted judgment of non-dischargeability against the Defendant, James E. Ridgway, in the amount of Eight Thousand Seven Hundred Seventy One Dollars and Seventy Cents ($8,771.70).

FOR WHICH LET EXECUTION ISSUE.

###